UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 05-80776-CIV-ZLOCH



LEXINGTON LASERCOM
I.P.A.G., et al.,

       Plaintiffs,

vs.                               **FINAL ORDER OF DISMISSAL**

SCALP LASER, INC., et al.,

       Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice (DE 30) filed herein by the parties. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    The Court entered an Order (DE 31) notifying the parties that the Court will not retain further jurisdiction over the above-styled cause after dismissal of the same and directed the parties to file an amended stipulation should they deem it necessary. The Court further notified the parties that failure to file an amended stipulation on or before Wednesday, July 26, 2006, would result in dismissal of the above-styled cause without further notice or hearing.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The above-styled cause be and the same is hereby **DISMISSED** without prejudice;

    2. The Court does not retain jurisdiction of the above-



styled cause; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of July, 2006.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

All counsel of record